UNITED STATES DISTRICT COURT NORTHERN
DISTRICT OF NEW YORK

---

GREGG A. SPINDLER AND SUSAN SPINDLER, D/B/A SGS
STATISTICAL SERVICES,

                              Plaintiffs,

v.                                                                               5:15-CV-00779
                                                                                           (TWD)

VIRGINIA ELECTRIC AND POWER COMPANY,
D/B/A DOMINION VIRGINIA POWER; AND NORTH
AMERICAN TRANSMISSION FORUM, INC.,

                              Defendants.

---

## JURY VERDICT FORM ON PUNITIVE DAMAGES

### << ALL JURORS MUST AGREE ON THE AMOUNT >>

1. State the amount of punitive damages, if any, you award against Defendant NATF.

    $ __650,000__

**Instructions to the Foreperson**: Once you have recorded the jury's answers to the questions above, please sign and date this page in the spaces provided below. Then inform the Clerk of the Court that you have finished deliberating.

                                                                                            FOREPERSON

                                                                                          ***NAME REDACTED

Dated: 3/15/18 , 2018
Syracuse, New York